JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR RAMOS, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>SCHENKER, INC., an unknown business entity; SCHENKER LOGISTICS, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:18-cv-01551 JLS (KKx)<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

The Court, having considered the Stipulation by the parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby orders that this action be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: March 17, 2020

_Josephine Staton_
Honorable Josephine L. Staton
United States District Judge